```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


ANGELA MARIE GRAY,                  )
                                    )
                 Petitioner,        )
                                    )
             v.                     )      No. 4:05-CV-1021-RWS
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                 Respondent.        )
```

### ORDER OF DISMISSAL

   **IT IS HEREBY ORDERED** that petitioner's motion for review
of sentence under 18 U.S.C. § 3742(a)(2) is **DISMISSED**.

   **IT IS FURTHER ORDERED** that petitioner is **DENIED** a
certificate of appealability if she appeals this order of
dismissal.

   Dated this 30th day of August, 2005.


   _____
   **UNITED STATES DISTRICT JUDGE**